**Entered on Docket
May 26, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

*Signed: Court File*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
Chambers, 22nd Floor, 235 Pine Street
San Francisco, California 94104
Tel. 415-268-2320

**MEMORANDUM**

**TO:**  Hamed Adibnatanzi, Esq. (hadib@sfbizlaw.com)
Miho Yturralde-Kubota (mkubota@sfbizlaw.com)

**CC:**  James Wilkes Milnes (by U.S. mail)
Lawrence A. Jacobsen, Esq. (laj@jacobsonattorneys.com)
Terry R. Hunt, Esq. (terry.hunt@earthlink.net)
Court Files

**FROM:** Peggy E. Brister, Law Clerk to Judge Montali

**SUBJECT:** Xiang v. Milnes (A.P. 10-3191)
Wong v. Milnes (A.P. 10-3193)

**DATE:** May 26, 2011

    As Mr. Milnes has consented to the withdrawal of the Klein Law Group as his counsel in Xiang v. Milnes (A.P. 10-3191) and Wong v. Milnes (A.P. 10-3193), and no objections to the motion for substitution of attorney have been filed, Judge Montali will take the hearings currently set for Friday (May 27) off calendar. Mr. Adibnatanzi, please upload orders granting the motions; the orders should reflect that (1) the relevant motion was taken off calendar in light of the lack of opposition; (2) Mr. Milne will representing himself and is thus substituting himself pro per as counsel in the adversary proceedings; and (3) the Klein Law Group will continue to forward to Mr. Milnes any papers it receives in the adversary proceedings. Please have Mr. Milnes sign off on the orders; if you cannot obtain his consent, please file a declaration explaining why.

    Mr. Milnes should be made aware that the two-day trial in Xiang v. Milnes (A.P. 10-3191) is going forward on July 11-12, 2011, at 9:30 a.m. Similarly, the two-day trial in Wong v. Milnes (A.P. 3193) is still scheduled to proceed on October 11-12, 2011, at 9:30 a.m. Both motions to substitute counsel stated that no hearings are currently scheduled, and neither mentioned the scheduled trials.